# UNITED STATES DISTRICT COURT

## Northern District of California

ARLENE CAMPBELL,

        Plaintiff(s),            No. C 09-05493 MEJ

  v.

INTERNATIONAL UNION OF BRICKLAYERS,          **ORDER TO SHOW CAUSE**

        Defendant(s).
_____/

     On November 19, 2009, Plaintiff Arlene Campbell filed the above-captioned case, as well as an application to proceed in forma pauperis. On December 1, 2009, the Court ordered Plaintiff to file a consent to magistrate judge jurisdiction or a request for reassignment to a district judge. (Dkt. #4.) Although the Court ordered Plaintiff to file a response by December 16, 2009, no consent or declination has been filed, and Plaintiff has made no further appearances since filing her complaint. Accordingly, the Court hereby ORDERS Plaintiff Arlene Campbell to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by January 7, 2010, and the Court shall conduct a hearing on January 14, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

     **IT IS SO ORDERED.**

Dated: December 21, 2009

                                                                 Maria-Elena James
                                                                 Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL et al,

        Plaintiff,

  v.

INTERNATIONAL UNION OF BRICKLAYERS et al,

        Defendant.

Case Number: CV09-05493 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2