# UNITED STATES DISTRICT COURT

## Northern District of California

ARLENE CAMPBELL,

        Plaintiff(s),

  v.

INTERNATIONAL UNION OF BRICKLAYERS,

        Defendant(s).
_____/

No. C 09-05493 MEJ

**ORDER VACATING OSC**

On December 21, 2009, the Court issued an order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (Dkt. #6.) The order to show cause and January 14, 2010 hearing are hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 28, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL et al,

      Plaintiff,

v.

INTERNATIONAL UNION OF BRICKLAYERS et al,

      Defendant.

Case Number: CV09-05493 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: December 28, 2009

                         Richard W. Wieking, Clerk
                         By: Brenda Tolbert, Deputy Clerk