IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE CAMPBELL and SIDNEY CAMPBELL,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,<br><br>        Defendant.<br>_____/ | No. C 09-5493 VRW<br><br>ORDER |

        Plaintiff Arlene Campbell, appearing pro se, filed a complaint on November 19, 2009 against defendant International Union of Bricklayers and Allied Craftworkers asserting jurisdiction under the Americans with Disabilities Act (Doc #1-1) and requesting "benefits that the International Bricklayers and Allied Craftsmen [] refuse to acknowledge" (Doc #1 at 2).  Defendant filed a motion to dismiss on December 28, 2009, then renoticed the motion to dismiss on January 6, 2010.  The hearing on defendant's motion to dismiss is set for May 6, 2010 at 10:00 am in Courtroom 6.

1    Plaintiff did not file a timely opposition to the motion, and the motion to dismiss is currently unopposed. Plaintiff Arlene Campbell is therefore ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed for failure to prosecute. Plaintiff must file her response in writing by no later than May 5, 2010. The hearing on May 6, 2010, is VACATED. Plaintiff is advised that her failure to show cause in writing may result in the court dismissing her case.

   IT IS SO ORDERED.

   _____
   VAUGHN R WALKER
   United States District Chief Judge