IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE CAMPBELL and SIDNEY CAMPBELL,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,<br><br>        Defendant.<br>_____/ | No. C 09-5493 VRW<br><br>ORDER OF DISMISSAL |

        Plaintiff Arlene Campbell, appearing pro se, filed a complaint on November 19, 2009 against defendant International Union of Bricklayers and Allied Craftworkers.  Defendant filed a motion to dismiss on December 28, 2009, then renoticed the motion to dismiss on January 6, 2010.  Plaintiff did not file an opposition to the motion.

        On April 29, 2010 the court ordered plaintiff to show cause in writing by May 5, 2010 why the complaint should not be dismissed for failure to prosecute and advised plaintiff that her failure to show cause in writing may result in the court dismissing

1 | her case. Doc #19. Plaintiff neither responded to the order to
2 | show cause nor requested an extension of time to do so. The action
3 | therefore is DISMISSED without prejudice.
4 |     The clerk is directed to terminate all pending motions as
5 | moot and close the file.

7 |     IT IS SO ORDERED.

```
                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge
```